**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kesha Danielle Johnson-Allison and Jim T. Allison,
Defendants,

Of whom Jim T. Allison is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000594

————————

Appeal From Spartanburg County
M. Todd Thigpen, Family Court Judge

————————

Unpublished Opinion No. 2023-UP-008
Submitted December 20, 2022 – Filed January 3, 2023

————————

**AFFIRMED**

————————

Nancy Carol Fennell, of Irmo, for Appellant.

Alex Kinlaw, III, of Greenville, as Guardian ad Litem for Appellant.

Kathryn J. Walsh, of South Carolina Department of Social Services, of Spartanburg, for Respondent.

Wendy Nicole Griffith, of Talley Law Firm, P.A., of Spartanburg, for the Guardian ad Litem for the minor children.

---

**PER CURIAM:** Jim T. Allison appeals the family court's final order finding he physically and medically neglected his minor children (Children), finding he placed Children at a substantial risk of physical abuse, and terminating his parental rights to Children. *See* S.C. Code Ann. § 63-7-20(6)(a)(i), (iii) (Supp. 2022); S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Allison's counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.